UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

NIKE, INC. and NIKE USA, INC.,

    Plaintiffs,

v.

    Civ. No. 1:20-CV-1477

SIEVERT'S SPORTING GOODS, INC.,
and RANDALL S. WOJDYLA,

    Defendants.

---

## AGREED JUDGMENT

Upon consideration of the Joint Motion for Entry of Agreed Judgment and the Declaration submitted therewith, this Court hereby enters judgment jointly and severally against each of the above-captioned Defendants: (i) Sievert Sporting Goods, Inc.; and (ii) Randall S. Wojdyla; in the amount of $ __$115,105.34__ plus interest accruing at the federal post-judgment rate of interest.

SO ORDERED this __20th__ day of __September__, 2 __022__

_____
David N. Hurd
U.S. District Judge

CONSENTED TO AND AGREED UPON BY:

SIEVERT SPORTING GOODS, INC.:

By: _Randall Wojdyla_        Dated: __6-21-21__
Title: President

RANDALL S. WOJDYLA:

_Randall Wojdyla_        Dated: __6-21-21__

13

*-and-*

A.M. SACCULLO LEGAL, LLC

*/s/ M. Augustine*
_____
Anthony M. Saccullo
Mary E. Augustine
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Phone: (302) 836-8877
Fax: (302) 836-8787
ams@saccullolegal.com

*Attorneys for Nike USA, Inc. and Nike, Inc.*

14